UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRYL STEVENSON, JR., | ) | 1:05-CV-0962 REC LJO HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR STAY OF PROCEEDINGS |
| v. | ) | |
| | ) | [Doc. #7] |
| DERRALL G. ADAMS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 27, 2005, Petitioner filed a petition for writ of habeas corpus. After conducting a preliminary review of the petition, on September 6, 2005, the Court issued an order directing Respondent to file a response to the petition.

On October 13, 2005, Petitioner filed a motion to hold the petition in abeyance and stay the proceedings while Petitioner returns to state court.

**DISCUSSION**

A district court has discretion to stay a petition which it may validly consider on the merits. Rhines v. Weber, ___ U.S. ___, 125 S.Ct. 1528, 1534, 2005 WL 711587 (2005); Calderon v. United

1  States Dist. Court (Taylor), 134 F.3d 981, 987-88 (9th Cir. 1998); Greenawalt v. Stewart, 105 F.3d
2  1268, 1274 (9th Cir.), *cert. denied*, 519 U.S. 1102 (1997).  However, the Supreme Court recently
3  held that this discretion is circumscribed by the Antiterrorism and Effective Death Penalty Act of
4  1996 (AEDPA). Rhines, 125 S.Ct. at 1534. In light of AEDPA's objectives, "stay and abeyance [is]
5  available only in limited circumstances" and "is only appropriate when the district court determines
6  there was good cause for the petitioner's failure to exhaust his claims first in state court." Id. at 1535.
7  Even if Petitioner were to demonstrate good cause for that failure, "the district court would abuse its
8  discretion if it were to grant him a stay when his unexhausted claims are plainly meritless." Id.

9      In this case, the Court finds no cause to grant a stay. Petitioner fails to identify the claim or
10 claims he seeks to exhaust, and he provides no reason to excuse his failure to present the unidentified
11 claims to the state courts prior to bringing the instant petition.  Accordingly, Petitioner's motion for
12 stay of the proceedings is hereby DENIED.

13 IT IS SO ORDERED.

14 **Dated:   October 20, 2005**            /s/ Lawrence J. O'Neill
   b9ed48                                          UNITED STATES MAGISTRATE JUDGE