1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   DARRYL STEVENSON, JR.,                 )      1:05-CV-0962 REC LJO HC
                                            )
11          Petitioner,                     )
                                            )
12      v.                                  )      ORDER GRANTING EXTENSION OF
                                            )      TIME TO FILE TRAVERSE
13   DERRAL G. ADAMS,                       )      (DOCUMENT #17)
                                            )
14          Respondent.                     )
     _____)

15

16

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

18   § 2254.  On December 21, 2005, petitioner filed a motion to extend time to file a traverse.  Good cause

19   having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY

     ORDERED that:
20
            Petitioner is granted thirty days from the date of service of this order in which to file his traverse.
21
     IT IS SO ORDERED.
22
     **Dated:    January 23, 2006**              **/s/ Lawrence J. O'Neill**
23   23ehd0                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28