UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL STEVENSON, JR.,<br><br>                Petitioner,<br><br>   v.<br><br>DERRAL G. ADAMS, Warden,<br><br>                Respondent. | 1:05-CV-0962 REC LJO HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #16]<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On December 1, 2005, Respondent filed an answer to the petition. On the same date, Petitioner filed a motion to voluntarily withdraw the petition. On December 15, 2005, the Magistrate Judge issued a Findings and Recommendation that recommended Petitioner's motion to voluntarily withdraw the petition for writ of habeas corpus be GRANTED. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

1 The Court notes that Petitioner filed a motion for an extension of time to file a traverse shortly after the Findings and Recommendation was issued. It appears Petitioner may have filed his motion before he had received the Magistrate's Findings and Recommendation. The Court assumes Petitioner was acting to protect his right to file a traverse pending a ruling on his motion to voluntarily dismiss the petition. The Magistrate Judge granted this motion; however, Petitioner did not file a traverse presumably because it was no longer necessary.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued December 15, 2005, is ADOPTED IN FULL;

2. The petition for writ of habeas corpus is DISMISSED without prejudice; and

3. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated: March 16, 2006**          **/s/ Robert E. Coyle**
668554                              UNITED STATES DISTRICT JUDGE